## HUGHES v. OKLAHOMA.

No. 594.   Decided February 23, 1960.

*Sid White* for appellant.

PER CURIAM.

The appeal is dismissed.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## McABEE v. UNITED STATES.

No. 111, Misc.   Decided February 23, 1960.

Petitioner *pro se.*
*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   Upon the suggestion of the Solicitor General the judgment of the Court of Appeals is vacated and the case is remanded to that court for consideration in light of *Johnson* v. *United States,* 352 U. S. 565, and *Ellis* v. *United States,* 356 U. S. 674.